UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 23-10360 |
| ) | | |
| Keith Venson and Melissa Venson, ) | Chapter: | 7 |
| ) | Honorable Timothy Barnes | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

## ORDER CONVERTING CHAPTER 7 CASE TO CHAPTER 13

THIS CAUSE coming on to be heard upon Debtor's Motion for Conversion of the pending Chapter 7 Case to a Chapter 13 Case, and the Court finding due notice having been given and the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

1. The above-captioned case is hereby converted to a case under Chapter 13 of Title 11 of the United States Code and the Debtor is granted leave to file amended Schedules and a Chapter 13 plan instanter.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: September 27, 2023

**Prepared by:**

Lorraine M. Greenberg
77 W. Wacker Drive, Suite 4500
Chicago, Illinois 60601
(312) 588-3330
Email: lgreenberg@greenberglaw.net
ARDC NO.: 3129023